AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Clyde Devon Singletary<br>*Plaintiff*<br>v.<br>Investigator Shield No. 00232, Sergeant of Warrant of Special Sums Task Force, Employer of Effingham Sheriff's Department, Magistrate Judge Code 7374, Deputy Prosecutor, Employer of 12th Judicial Circuit Court Solicitor of General Session Solicitor's Office, S.C. Branch of General Session 12th Circuit Criminal Department Parole and Matthew McKnight<br>*Defendant* | Civil Action No.   4:21-cv-3520-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is granted as to Plaintiff's federal claims, and the court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   August 23, 2022

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*